TINSLAR *vs.* MAY.

Assumpsit for *money had and received* was *held* to lie where, on a settlement and delivering up of a bond and mortgage, the obligor by *mistake* credited with a year's interest, which had not been paid.

THIS was an action of *assumpsit,* tried at the Rensselaer circuit in June, 1830, before the Hon. JAMES VANDERPOEL., one of the circuit judges.

The declaration contained the common *money counts.* The plaintiff proved that in the settlement of a *bond and mortgage* which he held against the defendant, the defendant was credited by *mistake* with $136,32, the interest of the principal sum due the plaintiff for the year ending on the 1st April, 1825; that the settlement took place on the 2d April, 1830, when the sum of $1448,61 was paid to the plaintiff, and the bond and mortgage *assigned* by the plaintiff to a brother of the defendant, at the request of the defendant. The plaintiff claimed to recover the above sum credited by mistake. The defendant objected that the plaintiff could not recover *as for money had and received;* that he should have declared either specially or upon the original consideration, and if the bond and mortgage were cancelled, he should have resorted to a court of equity; which objection was overruled, and the plaintiff had a verdict for the amount of the sum credited by mistake, with the interest thereof. The defendant moved for a new. trial.

*J. L. Wendell,* for the defendant. The action for *money had and received* will not lie unless *money* or *money's worth* has been actually received, as where *property* has come to the possession of the defendant, from which a presumption may be raised that money has been received. 5 Burr. 2589. 11 Johns. R. 464. 2 Starkie's Ev. 106. Here there is no pretence that either money or property was actually received. Nothing was received; if the fact is as alleged by the plaintiff, the *bond is not paid,* and the remedy of the plaintiff is by action of *debt* on the bond; and if any embarrassment arises from the transfer of the bond to the defendant's brother, the remedy is in equity.

ALBANY,
Jan. 1832.
⁀⁀⁀
Gould
v.
Banks.

*H. P. Hunt*, for the plaintiff. Assumpsit being an equitable action, may be maintained for any thing that has been treated by the parties as *money;* ; the defendant here had the benefit of the mistake, and it was counted to him as money. 8 Cowen, 195. 1 Wendell, 355. 3 id. 412. 4 id. 360. 6 Cowen, 465. 7 id. 662. 2 Wendell, 481.

*By the Court*, Sutherland. J. I think the motion for a new trial should be denied. The action for money had and received will lie.. The mistake was equivalent to so much money to the defendant; he had a credit to that amount, to which he was not entitled. The jury have found the fact of mistake, and there can be no doubt that *ex æquo et bono* the defendant ought to refund to the plaintiff.

New trial denied.